No. 945. AMERICAN NATIONAL INSURANCE CO. *v.* BASS, COLLECTOR OF INTERNAL REVENUE. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James W. Wayman* for petitioner. *Solicitor General Biggs, Assistant Attorney*

644

*General Wideman,* and *Messrs. James W. Morris* and *Frank J. Ready, Jr.,* for respondent.